Edward MARCANO, Petitioner-
Appellant,

v.

Commonwealth of VIRGINIA,
Respondent-Appellee.

No. 17-6828

United States Court of Appeals,
Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Edward Marcano, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Edward Marcano seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2012) petition without prej-
udice for failure to pay the filing fee or to
move for leave to proceed in forma pauper-
is. In his notice of appeal, Marcano provid-
ed evidence that he did submit the requi-
site filing fee. This court may exercise
jurisdiction only over final orders, 28
U.S.C. § 1291 (2012), and certain interloc-
utory and collateral orders, 28 U.S.C.
§ 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.*, 337 U.S.
541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528
(1949). The order Marcano seeks to appeal
is neither a final order nor an appealable
interlocutory or collateral order. *Goode v.
Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d
619, 623-24 (4th Cir. 2015); *Domino Sugar
Corp. v. Sugar Workers Local Union 392*,
10 F.3d 1064, 1066-67 (4th Cir. 1993). Ac-
cordingly, we deny leave to proceed in
forma pauperis, dismiss the appeal for lack
of jurisdiction, and remand the case to the
district court with instructions to give
Marcano an opportunity to reinstate his
case. We dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*DISMISSED AND REMANDED*